**91–1773.** State ex rel. Hamblin v. Brooklyn. *Cuyahoga County*, No. 58013. On motion to set briefing schedule. Motion granted.

**92–115.** Pons v. Ohio State Med. Bd. *Franklin County*, No. 91AP–746. On motion for leave to exceed page limit. Motion denied.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**92–419.** Disciplinary Counsel v. McMahon. On request for extension to pay board costs. Request granted.

MOYER, C.J., and HOLMES, J., dissent.

**92–559.** Bell v. Mt. Sinai Med. Ctr. *Cuyahoga County*, No. 63061. On motion for leave to supplement the record. Motion granted.

**92–653.** Montpelier Pub. Library v. Bryan Pub. Library. Board of Tax Appeals, Nos. 86–F–1282 and 88–E–838. On request for oral argument. Request denied.

On motion to advance on docket. Motion denied.

On motion for leave to file appellee's brief instanter. Motion granted.

HOLMES, J., dissents.

**92–719.** State v. West. *Hamilton County*, No. C–910380. On motion to remand. Motion denied.

MOYER, C.J., and Wright, J., dissent.

**92–1350.** State ex rel. Maurer v. Sheward. *Franklin County*, No. 91AP–1442. On motion for leave to proceed *pro hac vice*. Motion granted.

**92–1656.** State v. Everette. *Montgomery County*, No. CA 13237. On motion for leave to file memorandum in support instanter. Motion granted.

**92–1767.** Randolph Twp. Trustees v. Portage Cty. Agricultural Soc. *Portage County*, No. 91–P–2384. On motion for leave to file cross-appeal instanter, motion to dismiss cross-appeal, and motion to strike. Motion for leave to file overruled.

H. BROWN, J., dissents.

Motion to dismiss cross-appeal granted.

H. BROWN, J., dissents.

Motion to strike granted.

H. BROWN, J., dissents.

**92–1805.** State v. Redman. *Warren County*, No. CA91–12–093. On motion to dismiss. Motion to dismiss overruled.

MOYER, C.J., and HOLMES, J., dissent.

**92–1830.** Middletown v. Bd. of Commrs. of Butler Cty. *Butler County*, No. CA91–03–049. On motion for leave to file cross-appeal and memorandum instanter. Motion granted.

**92–1852.** Knafel v. Pepsi–Cola Bottlers of Akron, Inc. *Summit County*, No. 15754. On motion to amend notice of appeal. Motion granted.

**92–1880.** State v. Normand. *Guernsey County*, No. 91CA02. On motion for leave to file delayed appeal. Motion granted.

WRIGHT, J., dissents.

**92–1904.** State v. Robinson. *Stark County*, No. CA–8065. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and H. BROWN, JJ., dissent.

**92–1928.** State v. Berch. *Mahoning County*, No. 92 C.A. 28. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and H. BROWN, JJ., dissent.